UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON E. DOUGLASS,<br><br>                Plaintiff,<br><br>   vs.<br><br>MATT JOHNSON,<br><br>                Defendant. | NO.  CV-05-5112-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |

     Magistrate Judge Imbrogno filed a Report and Recommendation on December 30, 2005, recommending Mr. Douglass's action be dismissed without prejudice for failure to exhaust and *in forma pauperis* status be denied.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust and the Application to proceed *in forma pauperis* (Ct. Rec. 2) is **DENIED.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

    **DATED** this 1st day of February, 2006.


                                    s/ Robert H. Whaley
                                    ROBERT H. WHALEY
                                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1